FILED IN
COURT OF CRIMINAL APPEALS

February 9, 2015

ABEL ACOSTA, CLERK

PD-1595-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/6/2015 4:01:35 PM
Accepted 2/9/2015 7:26:09 AM
ABEL ACOSTA
CLERK

# Matthew J. Kita

ATTORNEY AND COUNSELOR AT LAW

P.O. BOX 5119

DALLAS, TEXAS 75208

February 6, 2015

**Via e-filing**
Mr. Abel Acosta
Court of Criminal Appeals
201 East 14th Street, Room 106
Austin, Texas 78705

> Re:  *Roger Liverman v. State of Texas*
> Case No. PD-1595-14
>
> *Aaron Liverman v. State of Texas*
> Case No. PD-1596-14

Dear Mr. Acosta:

I am representing Appellants/Respondents Roger and Aaron Liverman in the above-referenced proceedings. Please continue to direct all correspondence regarding these matters to me at the e-mail address below.

If you have any additional questions, please do not hesitate to contact me.

Respectfully submitted,

/s/ Matthew J. Kita

Matthew J. Kita

cc:  **Via e-filing**
Mr. Paul Johnson
Ms. Lara Tomlin
P. O. Box 2344
Denton, Texas 76202

P: 214.699.1863       MATT@MATTKITA.COM       F: 214.347.7221